NUMBER 13-03-108-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

___________________________________________________________________


TEXAS DEPARTMENT OF PUBLIC SAFETY , Appellant,



v.




GREGORIO VILLANUEVA PALACIOS, JR. , Appellees.

___________________________________________________________________


On appeal from the 93rd District Court 

of Hidalgo County, Texas.

___________________________________________________________________



MEMORANDUM OPINION


Before Justices Hinojosa, Yanez, and Garza

Opinion Per Curiam


 Appellant, TEXAS DEPARTMENT OF PUBLIC SAFETY , perfected an appeal from a judgment entered by
the 93rd District Court of Hidalgo County, Texas, in cause number C-2098-02-B . After the record was
filed, the parties filed a joint motion to reverse and remand for entry of an agreed order. 

 The Court, having examined and fully considered the documents on file and the parties' joint motion, is of the
opinion that the motion should be granted. The joint motion is granted, and the judgment of the trial court is
hereby REVERSED and the cause is REMANDED to the trial court for entry of an agreed order of
expunction.

 

PER CURIAM



Opinion delivered and filed this

the 14th day of August, 2003 .